THE PEOPLE ex rel. CHARLES F. ALLEN, Respondent, *v.*
THOMAS E. MURRAY, as Justice, etc., Appellant.

(Argued April 24, 1893; decided May 5, 1893.)

APPEAL from order of the General Term of the Superior
Court of the city of New York, made at the January term,
1893, which affirmed an order of Special Term granting an
application for a peremptory mandamus.

*William Allan* for appellant.

*William H. Secor* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

THE MANUFACTURERS AND TRADERS' BANK, Appellant, *v.*
ABRAM FOLK, Impleaded, etc., Respondent.

(Argued April 24, 1893; decided May 5, 1893.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made the first Monday

of December, 1892, which modified, and affirmed as modified, an order of Special Term confirming the report of a referee appointed to ascertain the damages sustained by reason of an injunction.

*John G. Milburn* for appellant.

*L. A. Gould* for respondent.

Agree to affirm on opinion below.
All concur, except EARL, J., not voting.
Order affirmed.